

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00275-CR
_____

EX PARTE JASON WAYNE CARLILE

On Appeal from the 78th District Court
Wichita County, Texas
Trial Court No. 61562-B* 1-9

Before Gabriel, Kerr, and Pittman, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

Appellant has moved to dismiss his appeal. Because we have not yet decided this case, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: July 30, 2019